**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

April 25, 2023

Re:   *Toro v. Vision Investments, LLC*, Case 1:23-cv-00609
        Request for Adjournment of Conference

Dear Judge McMahon:

Plaintiff submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for April 27, 2023. Counsel will be traveling out of the country and unale to attend the conference. As such, an adjournment to June 14, 2023 is eing requested, or a date more convenient to the Court. Defendant has consented to this relief. It should also be noted that the Court has already so-ordered a case management plan herein on March 10, 2023 (Dkt. No. 13). As such, in the alternative, the Parties request that the pretrial conference be adjourned sin dine.

We thank the Court for its attention and consideration of this matter.

**MEMO ENDORSED**

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

*Case management Plan signed. No need for a conference at this time; Conference cancelled.*

*Colleen McMahon*
4/25/2023