

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
ANDREW TORO, on behalf of himself and all
others similarly situated,

                                                No. 1:23-cv-00609

v.                                     **JOINT STIPULATION OF**
                                                **DISMISSAL WITH PREJUDICE**

VISION INVESTMENTS. LLC. d/b/a Autogeek,

        Defendant.
------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff. ANDREW TORO, and Defendant, VISION INVESTMENTS, LLC d/b/a Autogeek, by and through their respective counsel. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' written agreement. stipulate to the dismissal with prejudice of this action against named Defendant with each party to bear its own costs and attorney's fees.

*Close Case*

*[signature]*

*11/22/2024*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2023, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

>Adi Kanlic *(admitted Pro Hac Vice)*
>IL ARDC No. 6320888
>O'Hagan Meyer LLC
>One East Wacker Drive, Suite 3400
>Chicago, Illinois 60601
>312.422.6100 –T  312.422.6110 – F
>Akanlic@ohaganmeyer.com

>*/s/ Mars Khaimov*
>Mars Khaimov
>MARS KHAIMOV LAW, PLLC
>108-26 64TH Avenue
>Second Floor
>Forest Hills, NY  11375
>929.324.0717 – T
>929.333.7774 – F
>mars@khaimovlaw.com

>*Attorneys for Plaintiff*